# United States District Court

EASTERN DISTRICT OF WISCONSIN

FADRIAN ANDREW SMITH,
      Plaintiff

**JUDGMENT IN A CIVIL CASE**

    v.                                    CASE NUMBER: 06-C-700

HEALTH SERVICE UNIT, Brown
County Jail, and BROWN COUNTY
JAIL ADMINISTRATION,
        Defendants

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the defendants' motion for sanctions be and hereby is DENIED AS MOOT;

    IT IS FIRTJER ORDERED AND ADJUDGED that this case be and hereby is DISMISSED with prejudice pursuant to Civil L.R. 41.3 (E.D. Wis.).

| | |
|---|---|
| January 23, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |